NEW YORK TERMINAL COMPANY, Appellant, *v.* CHARLES H. GAUS, as Comptroller of the State of New York, Respondent.

(Submitted April 29, 1912; decided May 7, 1912.)

Motion for re-argument denied, with ten dollars costs. (See 204 N. Y. 512.)

---

DENNISON CONSTRUCTION COMPANY, Plaintiff, *v.* MARGARETHA MANNESCHMIDT, Respondent, and PATRICK H. McKENNA et al., Comprising the Firm of McKENNA & WOOD, Appellants.

(Submitted April 29, 1912; decided May 7, 1912.)

Motion to recall and amend remittitur denied, with ten dollars costs.    (See 204 N. Y. 404.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MALONEY, Appellant, *v.* EDWARD LAZANSKY, Secretary of the State of New York, et al., Respondents.

*People ex rel. Maloney* v. *Lazansky,* 150 App. Div. ——, affirmed.
(Argued April 29, 1912; decided May 14, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 4, 1912, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel a new primary election in the thirteenth assembly district of the county of Kings.

*John C. Judge* for appellant.

*Archibald R. Watson, Corporation Counsel (James D. Bell* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.